163 So. 911
### Nathan WRIGHT, alias Browning v. STATE.
6 Div. 837.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

162 So. 927
### Russell WRIGHT v. STATE.
6 Div. 863.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

152 So. 927
### Will WRIGHT v. STATE.
7 Div. 22.

Court of Appeals of Alabama.
Jan. 16, 1934.

C. B. Sims, of Centre, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.

157 So. 925
### Hal YELVERTON v. STATE.
4 Div. 51.

Court of Appeals of Alabama.
Nov. 13, 1934.

SAMFORD, Judge.
Appeal dismissed.

155 So. 925
### James YOUNG v. STATE.
7 Div. 29.

Court of Appeals of Alabama.
June 27, 1934.

Thos. W. Millican, of Fort Payne, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
This case on appeal needs no extended opinion. The evidence was in conflict upon the material inquiries involved upon the trial, and therefore presented a question for the jury to determine. There was ample evidence to sustain the verdict of the jury, and this seems to be the only point of decision presented for our consideration.

The affirmative charge as to the different counts of the indictment was properly refused.

No error appearing, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.